IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ROBERT WAYNE MAY,                    )
     Plaintiff,                )
             )
v.                                   )          Civil No. 7:11-CV-099-O
             )
CLEBURNE POLICE DEP'T,               )
     Defendant.                )

FINDINGS OF THE COURT

   After making an independent review of the pleadings, files and records in this case, of the

Findings and Recommendation of the United States Magistrate Judge, entered August 16, 2011

(Doc. No. 7), and of the Plaintiff's objections thereto, I am of the opinion that the Findings and

Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated

by reference as the Findings of the Court.

   Accordingly, it is ORDERED that Plaintiff's complaint is dismissed with prejudice pursuant

to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

   The Clerk of Court shall transmit a copy of this order to Plaintiff.

   SO ORDERED this 30th day of August, 2011.


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**